**FILED**

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

IN THE UNITED STATES DISTRICT COURT

JUN 1 1 2024

FOR THE DISTRICT OF NEW MEXICO

MITCHELL R. ELFERS
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) CRIMINAL NO. 24-781 DHU |
| | ) |
| vs. | ) Count 1: 21 U.S.C. § 846: Conspiracy; |
| | ) |
| **ALEXANDRO IBARRA,** | ) Counts 2 and 3: 21 U.S.C. §§ 841(a)(1) |
| **HUMBERTO ARROYO-BENCOMO,** | ) and (b)(1)(A)(vi): Distribution of 400 |
| **CESAR EMMANUEL QUEZADA,** | ) Grams and More of Fentanyl (N-phenyl- |
| **ALEXANDER ARIEL MIRANDA,** | ) N-[1-(2-phenylethyl)-4-piperidinyl] |
| **a.k.a. Titan,** | ) propanamide); 18 U.S.C. § 2: Aiding and |
| **ALEXIS DUARTE-LUJAN,** | ) Abetting. |
| **HUMBERTO DUARTE-LUJAN,** | ) |
| **ANTHONY ORTIZ-MARTINEZ,** | ) |
| **MANUEL AGUIRRE,** | ) |
| **ALEXIS GONZALEZ,** and | ) |
| **KEVIN ENRIQUEZ,** | ) |
| | ) |
| Defendants. | ) |
| | ) |

I N D I C T M E N T

The Grand Jury charges:

Count 1

From in or about August 2023, and continuing to June 3, 2024, in Bernalillo County, in the District of New Mexico, and elsewhere, the defendants, **ALEXANDRO IBARRA, HUMBERTO ARROYO-BENCOMO, CESAR EMMANUEL QUEZADA, ALEXANDER ARIEL MIRANDA, ALEXIS DUARTE-LUJAN, HUMBERTO DUARTE-LUJAN, ANTHONY ORTIZ-MARTINEZ, MANUEL AGUIRRE, ALEXIS GONZALEZ,** and **KEVIN ENRIQUEZ,** unlawfully, knowingly and intentionally combined, conspired, confederated, agreed, and acted interdependently with each other and with other persons whose

names are known and unknown to the Grand Jury to commit an offense defined in 21 U.S.C. § 841(a)(1), specifically, distribution of a controlled substance.

### Quantity of Fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide) Involved in the Conspiracy

With respect to **ALEXANDRO IBARRA, ALEXIS GONZALEZ, HUMBERTO ARROYO-BENCOMO, ALEXIS DUARTE-LUJAN, HUMBERTO DUARTE-LUJAN,** and **ANTHONY ORTIZ-MARTINEZ,** the amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide) involved in the conspiracy attributable to each of them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is 400 grams and more of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), contrary to 21 U.S.C. § 841(b)(1)(A)(vi).

### Quantity of Cocaine Involved in the Conspiracy

With respect to **ALEXANDRO IBARRA, HUMBERTO ARROYO-BENCOMO, KEVIN ENRIQUEZ, MANUEL AGUIRRE** and **ANTHONY ORTIZ-MARTINEZ,** the amount of cocaine involved in the conspiracy attributable to each of them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is 500 grams and more of a mixture and substance containing a detectable amount of cocaine, contrary to 21 U.S.C. § 841(b)(1)(B)(ii).

In violation of 21 U.S.C. § 846.

### Count 2

On or about April 1, 2024, in Bernalillo County, in the District of New Mexico, and elsewhere, the defendants, **ALEXANDRO IBARRA, HUMBERTO ARROYO-BENCOMO, CESAR EMMANUEL QUEZADA,** and **ALEXANDER ARIEL MIRANDA,** unlawfully,

knowingly, and intentionally distributed a controlled substance, and the offense involved 400

grams and more of a mixture and substance containing a detectable amount of fentanyl (N-

phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide).

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vi), and 18 U.S.C. § 2.

<u>Count 3</u>

On or about June 3, 2024, in Bernalillo County, in the District of New Mexico, and

elsewhere, the defendants, **HUMBERTO ARROYO-BENCOMO, CESAR EMMANUEL**

**QUEZADA,** and **ALEXANDER ARIEL MIRANDA,** unlawfully, knowingly, and

intentionally distributed a controlled substance, and the offense involved 400 grams and more of

a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-

phenylethyl)-4-piperidinyl] propanamide).

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vi), and 18 U.S.C. § 2.

A TRUE BILL:

/s/

FOREPERSON OF THE GRAND JURY

Assistant United States Attorney