IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**ALEXANDRO IBARRA,**<br>**HUMBERTO ARROYO-BENCOMO,**<br>**CESAR EMMANUEL QUEZADA,**<br>**ALEXANDER ARIEL MIRANDA,**<br>**a.k.a. "Titan,"**<br>**HUMBERTO DUARTE-LUJAN**<br>**ANTHONY ORTIZ-MARTINEZ,**<br>**MANUEL AGUIRRE,**<br>**ALEXIS GONZALEZ,**<br>**KEVIN ENRIQUEZ,**<br>**OSVALDO RODRIGUEZ-GARCIA,**<br>**a.k.a. "Waldo," and**<br>**LUIS VILLA,**<br><br>Defendants. | CRIMINAL NO. 24-781-DHU |

## **THIRD AMENDED SCHEDULING ORDER**

| | |
|---|---|
| 1/2/2026 | Fed. R. Crim. P. 16 discovery motions; Reciprocal Rule 16 discovery by the defendants (except for the defendants' continuing duty to disclose) |
| 1/16/2026 | Responses to Fed. R. Crim. P. 16 discovery motions |
| 1/29/2026 | Replies to responses to Fed. R. Crim. P. 16 discovery motions |
| 2/6/2026 | Notices of defenses pursuant to Fed. R. Crim. P. 12.1-12.3 |
| 2/13/2026 | Fed. R. Crim. P. 12 pretrial motions; Rule 14 motions to sever; Responses to notices of defenses; Motion for *James* and co-conspirator statement disclosure[1] |

---

[1] The parties agree that all defendants should have 10 days from the date of filing of a motion by any defendant to decide whether to join in that motion. If a defendant decides to join in another defendant's

| | |
|---|---|
| 2/27/2026 | Responses to Fed. R. Crim. P. 12 pretrial motions; Responses to Rule 14 motions to sever; Responses to *James* and co-conspirator statement disclosures, subject to the 10-day joinder agreement |
| 3/13/2026 | Replies to responses to Rule 12 pretrial motions, to Rule 14 motions to sever, and to *James* and co-conspirator statement disclosures |
| 3/20/2026 | Government's expert witness notices and reports. |
| 4/1/2026 | Defense expert witness notices and reports, subject to the 10-day joinder agreement |
| 4/10/2026 | Objections to expert witness notices and *Daubert* Motions, subject to the 10-day joinder agreement |
| 4/29/2026 | Replies to expert witness objections and Responses to *Daubert* Motions |
| 5/8/2026 | Replies to *Daubert* motions |
| 6/9/2026 | Motions *in Limine*, Fed. R. Evid 404(b), subject to the 10-day joinder agreement |
| 6/23/2026 | Responses to motions *in limine* & 404(b) |
| 7/7/2026 | Replies to motions *in limine* & 404(b) |
| 7/17/2026 | Disclosure of exhibit and witness lists; Jencks Act disclosures |
| 8/4/2026 | Exhibit and witness binders delivered to the Court |
| 8/11/2026 | Objections to exhibit and witness lists. Joint Jury Instructions; proposed *voir dire*; and stipulations |
| 8/18/2026 | Objections to proposed *voir dire* |
| 9/23/2026 | Jury Selection/Trial at 9:00 a.m., Mimbres Courtroom, Federal Courthouse, Albuquerque, New Mexico |

The Court further orders that the United States shall continually make available discovery

on an ongoing basis and make available to the defendants by the time required by the applicable

---

motion, the joining defendant should file a notice of joinder within 10 days of the filing of the motion to be joined, including in the notice of joinder any factual or legal argument that is specific to the joining defendant and specifying the relief sought by the joining defendant. The government should be allowed to file one omnibus response to motions that have been joined by other defendants. The government's time for responding should begin to run on the tenth day after the original motion is filed.

law all material for which disclosure is mandated by *Giglio v. United States*, 405 U.S. 10 (1972) and the Jencks Act, 18 U.S.C. § 3500, unless disclosure is otherwise required herein.

The Court further orders, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), that the time between the entry of this Order and the trial date be and hereby is excluded for the purposes of the Speedy Trial Act computation.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

*/s/ Robert R. Cooper*
**Robert R. Cooper**
Attorney for Defendant Alexandro Ibarra

Approved electronically by: all parties