# UNITED STATES DISTRICT COURT
## for
## NEW MEXICO

U.S.A. vs Alexandro Ibarra     Docket No. 1:24-CR-00781-DHU-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW Anthony L. Carter PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of Alexandro Ibarra who was placed under pretrial release supervision by the Honorable John F. Robbenhaar, United States Magistrate Judge, sitting in the Court at Albuquerque, New Mexico, on June 17, 2024, with conditions which included the following:

1.  (1): The defendant must not violate federal, state, or local law while on release.

2.  (7)(l): The defendant must not use alcohol at all.

**Respectfully presenting petition for action of court and for cause as follows:**
On March 8, 2026, the undersigned officer was notified by the Bernalillo County Sheriff's Office, that the defendant had been arrested for a charge of Aggravated Driving While Intoxicated as charged in criminal compliant number T-4-DW-2026-000461 filed on March 8, 2026, in the Bernalillo County Metropolitan Court in Bernalillo County, New Mexico. Deputies from the Bernalillo County Sheriff's Office conducted a traffic stop for a speeding vehicle near the intersection of Coors Blvd SW and Blake Rd SW, County of Bernalillo, State of New Mexico. Deputies identified the driver as Alexandro Ibarra. Deputies observed a strong odor associated with an alcoholic beverage emitting from the defendant's facial area along with slurred speech. The defendant admitted to consuming alcohol. The defendant conducted field sobriety test and performed poorly. The defendant was arrested and booked into the Metropolitan Detention Center.

An arrest warrant was issued on March 8, 2026 @ 12:33 PM by the Honorable Jennifer M. Rozzoni.
I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 8, 2026

Anthony L. Carter
United States Probation Officer
Cell #: (505) 947-6617
Place: Albuquerque, New Mexico

PS8
(8/88)

# UNITED STATES DISTRICT COURT
## for
## NEW MEXICO