IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,            )
                                     )
        Plaintiff,                   )
                                     )
vs.                                  )        CASE NO.:  24-CR-00781 DHU
                                     )
ALEXANDRO IBARRA, et al.,            )
                                     )
        Defendants.                  )

## NOTICE OF UNAVAILABILITY

The undersigned counsel hereby notifies the Court and the parties that she will be unavailable from Tuesday, July 7, 2026, through Tuesday, July 14, 2026.

**WHEREFORE**, undersigned counsel requests that any court proceedings be scheduled outside of this period, if possible.

Respectfully submitted,

TODD BLANCHE
Acting Attorney General
RYAN ELLISON
First Assistant United States Attorney

*/s/ Electronically Filed April 30, 2026*
NORA M. WILSON
Assistant U.S. Attorney
201 Third St. NW, Suite 900
Albuquerque, NM 87102
(505) 724-3335

I HEREBY CERTIFY that I filed the foregoing pleading electronically through the CM/ECF system, which caused counsels for defendants to be served by electronic means, as reflected on the Notice of Electronic Filing, and other methods of service as indicated therein on April 30, 2026.

*/s/ Filed Electronically April 30, 2026*
NORA M. WILSON
Assistant United States Attorney