FILED
United States District Court
Albuquerque, New Mexico

Erik Paltrow
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

Plaintiff,

vs. Cause No. 24-CR-000781-DHU

ALEXANDRO IBARRA,

Defendant.

**ORDER**

THIS MATTER having come before the Court on Defendant Alexandro Ibarra's *Motion to Modify Conditions of Release* [Doc. No. 508], and this Court having reviewed the pleadings and considered the position of counsel and the recommendations of Pretrial Services, finds that the Motion is well taken and shall be granted.

IT IS THEREFORE ORDERED that the Motion be and hereby is granted and the Order Setting Conditions of Release [Doc. No. 418] filed on March 18, 2026 be and hereby is modified to a curfew restricting Mr. Ibarra to his residence every day from 11:00 p.m. to 5:00 a.m.

IT IS FURTHER ORDERED that Mr. Ibarra shall maintain his employment and all other conditions previously imposed shall remain in place unless further modified by the Court.

IT IS SO ORDERED.

Jennifer M. Rozzoni

United States Magistrate Judge

Submitted by:

*/s/ Robert R. Cooper*______
ROBERT R. COOPER
Counsel for Defendant